FILED
CLERK, U.S. DISTRICT COURT
MAR 2 2 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Kevin Lamont Kilgore DEFENDANT(S). | CASE NUMBER 02-514-GHK ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __3/23/12__, at __2:00__ ☐a.m. / ☒p.m. before the Honorable __Margaret Nagle (Duty)__, in Courtroom __541 - Roybal (Duty Courtroom)__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

In the event any further proceedings before a Magistrate Judge are necessary, they should be set before Magistrate Judge Chooljian.

Dated: __3/22/12__

U.S. District Judge/Magistrate Judge